NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Evelina Gentry; Jonathan M. Turner
Akerman LLP
633 West Fifth Street, Suite 6400
Los Angeles, CA 90071
TEL: (213) 688.9500

ATTORNEY(S) FOR: CHEP USA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CHEP USA

Plaintiff(s),

v.

SOSA PALLETS and DOES 1 through 10, inclusive

Defendant(s)

CASE NUMBER:

5:24-cv-00577

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____CHEP USA_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| CHEP USA | New York Partnership / Party to Litigation |
| Brambles North America Incorporated | CHEP USA Partner |
| Brambles Industries, LLC | CHEP USA Partner |

March 19, 2024
Date

_____
Signature

Attorney of record for (or name of party appearing in pro per):

CHEP USA

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES