UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEP USA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SOSA PALLETS; CAPTAIN PALLETS, INC.; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 5:24-cv-00577-KK-DTB<br><br>**STIPULATED JUDGMENT AND PERMANENT INJUNCTION** |

# STIPULATED JUDGMENT AND PERMANENT INJUNCTION

The Parties, Plaintiff CHEP USA ("CHEP"), and Defendants SOSA PALLETS and CAPTAIN PALLETS, INC. ("Defendants"), having reached settlement of this action as outlined in the Parties' Settlement Agreement entered this May 1, 2025, it is hereby STIPULATED by the Parties and ORDERED THAT:

1. Defendants and their owners, officers, directors, and employees are hereby permanently enjoined from any future purchase or sale; offer to purchase or sell; trade; exchange; repair; destruction; dismantling; or painting of CHEP Pallets, or engaging in any activity or conduct with respect to any CHEP Pallets inconsistent with CHEP's ownership rights as defined in the Settlement Agreement signed by all Parties.

2. This Stipulated Judgment shall bind all successors and assigns of the Parties.

3. Upon entry of this Stipulated Judgment, this Civil Action is to be dismissed.

4. Each party shall bear its own attorneys' fees and costs incurred in this Civil Action. Any future award of attorneys' fees and costs shall be awarded pursuant to the Parties' Settlement Agreement or applicable law.

5. This Court retains jurisdiction over this matter for the purposes of administration and enforcement of this Stipulated Judgment and the Parties' Settlement Agreement.

**STIPULATED TO**:

**CHEP USA**

By: _/s/ Mario Birsa_____
Name: Mario Birsa
Title: National Mgr. Asset Protection & Security

**SOSA PALLETS**　　　　　　　　　**CAPTAIN PALLETS, INC.**

By: _/s/ Mario Sosa_____　　　　　By: _/s/ Richard Sosa_____
Name: Mario Sosa　　　　　　　　　Name: Richard Sosa
Title:　　　　　　　　　　　　　　　Title:

DATE: June 3, 2025

**SO ORDERED:**

_____
HON. KENLY KIYA KATO
U.S. DISTRICT JUDGE